GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendant Gurbir S. Grewal,
 Attorney General of New Jersey

By:   George N. Cohen
       Deputy Attorney General
       (609) 376-2955
       George.Cohen@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| NEW JERSEY BANKERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey,<br><br>Defendant. | HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>Civil Action No. 3:18-15725<br><br>**APPLICATION FOR A CLERK'S EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY, PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

     Application is hereby made for a Clerk's Order extending time within which Defendant Gurbir S. Grewal, Attorney General of New Jersey, may answer, move or otherwise reply to the Plaintiff's Complaint, and it is represented that:

1. No previous extension has been obtained.

2. Defendant Gurbir S. Grewal has not filed an answer regarding this first amended complaint.

5. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time in which to file an answer, move or otherwise reply to Plaintiff's Complaint on behalf of Defendant Gurbir S. Grewal, expires on December 4, 2018.

                                        GURBIR S. GREWAL
                                        ATTORNEY GENERAL OF NEW JERSEY

By:    s/ George N. Cohen
        George N. Cohen
        Deputy Attorney General

DATED: December 3, 2018

The above application is ORDERED GRANTED and the time within which Defendant Gurbir Grewal shall answer, move or otherwise reply is extended to December 18, 2018.

                                        WILLIAM T. WALSH, CLERK

By:    _____
        Clerk of Court