GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendant Gurbir S. Grewal,
 Attorney General of New Jersey

By:   George N. Cohen
      Deputy Attorney General
      (609) 376-2955
      George.Cohen@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| NEW JERSEY BANKERS ASSOCIATION, | HON. DOUGLAS E. ARPERT, U.S.M.J. |
| | Civil Action No. 3:18-15725 |
| Plaintiff, | |
| v. | |
| | **CERTIFICATION OF SERVICE** |
| GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, | |
| Defendant. | |

I hereby certify that the Application for a Clerk's Extension and Certification of Service, on behalf of Defendant Gurbir S. Grewal, were filed with the Clerk of the United States District Court and that copies of these documents will be sent to the following via regular mail:

Lawrence S. Lustberg, Esq.
John D. Haggerty, Esq.
Gibbons, P.C.
One Gateway Center
Newark, New Jersey 07102-5310

David S. Blatt, Esq.
Rachel Rodman, Esq.
Benjamin E. Moskowitz, Esq.
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

                                    GURBIR S. GREWAL
                                    ATTORNEY GENERAL OF NEW JERSEY

By:    s/ George N. Cohen
           George N. Cohen
           Deputy Attorney General

DATED: December 3, 2018