Lawrence S. Lustberg
John D. Haggerty
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com
jhaggerty@gibbonslaw.com

Rachel Rodman (admitted *pro hac vice*)
**CADWALADER WICKERSHAM & TAFT LLP**
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2210
rachel.rodman@cwt.com

*Attorneys for Plaintiff*
*New Jersey Bankers Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BANKERS ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as<br>Attorney General of the State of New Jersey,<br><br>    Defendant. | Civil Action No. 18-15725 (ZNQ-DEA)<br><br>*Document Electronically Filed.*<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff New Jersey Bankers Association appeals, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Third Circuit from that portion of the final Order of the United

States District Court for the District of New Jersey granting Defendant's Motion for Summary Judgment as to Count 2 entered in this action on June 21, 2021 (ECF No. 100).

Dated: July 16, 2021                                       Respectfully submitted,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg
John D. Haggerty
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com
jhaggerty@gibbonslaw.com


Rachel Rodman (admitted *pro hac vice*)
**CADWALADER WICKERSHAM & TAFT LLP**
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2210
rachel.rodman@cwt.com

*Attorneys for Plaintiff*
*New Jersey Bankers Association*

2