UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY BANKERS ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW J. PLATKIN,** *in his official capacity as Attorney General of the State of New Jersey,*<br><br>Defendant. | Civil Action No. 18-15725 (ZNQ) (DEA)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion for Attorney's Fees filed by the New Jersey Bankers Association. ("Motion", ECF No. 124.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **31st** day of **August 2023,**

    **ORDERED** that the Clerk's Office is to re-open this matter;

    **ORDERED** that the New Jersey Bankers Association's Motion for Attorney's Fees (ECF No. 124) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

    Defendant is instructed to pay $1,111,024.25 in attorney's fees and $68,110.87 in related costs to Plaintiff for the underlying litigation;

    Defendant is instructed to pay $114,811.20 in fee application attorney's fees and $34,563.60 in related costs to Plaintiff for preparation of the fee application; and it is further

    **ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

                                                                 ZAHID N. QURAISHI
                                                                UNITED STATES DISTRICT JUDGE